# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
U.S. Probation / Pretrial Services

**Myron L. Smith**  
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse  
Fayetteville, AR 72701  
479-442-9892  
Fax -479-442-5276

December 6, 2007

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas  72701

RE:  SIMS, Tony Lee  
Dkt. No.: 3:02CR30002-001  
**Report of Violation**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On October 1, 2002, Tony Lee Sims was sentenced by Your Honor, for felon in possession of a firearm, to 37 months custody of the Bureau of Prisons to be followed by a three-year term of supervised release with the following special conditions: participate in substance abuse treatment and psychiatric treatment, which may include testing, if referred by the probation office, search condition, $100 special assessment fee (paid), and a $2,000 fine. Supervision commenced on December 15, 2004 in the Western District of Arkansas, Fayetteville Division.

As of this date, Mr. Sims owes $1,900 toward the fine penalty. This case is due to expire December 14, 2007. Although the U.S. Attorney's Office could pursue collection on this financial obligation after the expiration of the defendant's term of supervision, it is our recommendation that the fine be remitted. The probation office believes Mr. Sims has complied with the conditions of supervised release to the best of his ability. As previously reported to the Court, following his release from the BOP, Mr. Sims resided at the Salvation Army and/or has lived on the streets. He cooperated with Ozark Guidance following a referral by the probation office in 2005 to address his psychiatric needs and medical concerns. Additionally, prior drug screens have been negative. It does not appear Mr. Sims' financial status will improve and our office has exhausted all means available to assist him with maintaining employment and a stable residence. I have spoken with Assistant U.S. Attorney Christopher Plumlee regarding this matter and he has agreed to file a petition for remission of the remaining fine balance if Your Honor agrees with this course of action.

Page 2
Sims, Tony Lee
Dkt. #3:02CR30002-001

Accordingly, it is respectfully recommended that Tony Lee Sims' case be allowed to expire as scheduled without court intervention and with the U.S. Attorney's Office petitioning the court for remission of the remaining fine balance.

Should Your Honor require further information, please advise.

Respectfully,

*/s/ Michael K. Scott*
Michael K. Scott
U.S. Probation Officer


Reviewed by

*/s/ William E. Dunn, Jr.*
William E. Dunn, Jr.
Supervising U.S. Probation Officer


✓ ____ Allow Supervision Term to Expire

____ Submit Petition for Violation

____ Other _____

_____
*/s/ Jimm Larry Hendren*            12/10/07
Honorable Jimm Larry Hendren        Date
Chief U.S. District Judge