IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                Cr. No. 3:02CR30002-001

TONY LEE SIMS,
    DEFENDANT.

## ORDER FOR REMISSION OF FINE

Now on this 21st day of December, 2007, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1. On October 2, 2002, Defendant was sentenced to thirty-seven months incarceration, three years supervision, a $2,000.00 fine and a $100.00 special assessment.

    2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

    3. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

    IT IS SO ORDERED.

                                                   /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**